IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **SKYLAR M. HARRIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) Civil Action No. 5:11cv041 |
| v. | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) By: Michael F. Urbanski |
| **Commissioner of Social Security,** | )     United States District Judge |
| | ) |
|     **Defendant.** | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, it hereby **ORDERED** as follows:

1. The November 23, 2011 Report and Recommendation is **REJECTED** to the extent it recommends that this matter be reversed and judgment be entered in favor of plaintiff;

2. Plaintiff's motion for summary judgment (Docket # 11) is **GRANTED in part** and **DENIED in part**;

3. The Commissioner's motion for summary judgment (Docket # 13) is **DENIED**;

4. This matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration as set forth in the Memorandum Opinion; and

5. This case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

        Entered: September 27, 2012

        */s/ Michael F. Urbanski*

        Michael F. Urbanski
        United States District Judge